**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ATHENS DIVISION**

| | | |
|---|---|---|
| JAMIRA C. SAMPSON, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No. 3:26-cv-2-TES-AGH |
| | : | |
| Officer WILLIAMS, | : | |
| | : | |
| Defendant. | : | |

## ORDER

Before the Court are Plaintiff's motion to compel discovery (ECF No. 26), and Defendant's response thereto (ECF No. 29). In his motion, Plaintiff contends that Defendant failed to respond to Plaintiff's discovery requests, which Plaintiff asserts he "submitted" on September 8, 2026. Mot. to Compel, ECF No. 26. For his part, Defendant contends that, rather than propounding discovery requests upon Defendant, Plaintiff "filed" his discovery requests with the Court, and Defendant points to the clerk's notice of deficiency that notified Plaintiff that discovery is not filed with the Court. Def.'s Resp. 1-2, ECF No. 29. Defendant asserts that he expected copies of the filed discovery requests to be served upon him, at which time the time to respond would commence. *Id.* at 2. However, Defendant claims that no discovery requests have been received by Defendant. *Id.* Defendant offers, as a "showing of good faith," to respond to the filed discovery requests in a timely manner. *Id.* at 3.

Having considered Plaintiff's grounds and Defendant's response, Plaintiff's motion to compel (ECF No. 26) is **DENIED as moot**. To provide Defendant with adequate time to respond to Plaintiff's filed discovery requests (ECF Nos. 22, 23), the Court extends discovery through and including December 18, 2026.[1] Dispositive motions shall be due no later than thirty (30) days thereafter.

SO ORDERED, this 6th day of November, 2026.

s/ *Amelia G. Helmick*
UNITED STATES MAGISTRATE JUDGE

[1] The Court thanks counsel for Defendant for the prompt response to Plaintiff's motion to compel, together with counsel's offer in good faith.